NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-809

BARBARA REPPOND

VERSUS

PROGRESSIVE COMMUNICATIONS, INC.

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2001-174
HONORABLE ROBERT LANE WYATT, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Billie Colombaro Woodard, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED IN PART; REVERSED IN PART AND RENDERED.

Leonard Knapp Jr.
Attorney at Law
P. O. Box 1665
Lake Charles, LA 70602
(337) 439-1700
Counsel for Plaintiff/Appellant:
    Barbara Reppond

James Alvin Watson
Roddy & Watson
P. O. Box 1743
Lake Charles, LA 70602-1743
(337) 474-4886
Counsel for Defendant/Appellee:
    Progressive Communications, Inc.